UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LISA PONTRELLI,** in her individual capacity and on behalf of all others similarly situated, <br><br> **Plaintiff,** <br><br> v. <br><br> **MONAVIE, INC., MONAVIE, LLC., and DOES 1-10, inclusive,** <br><br> **Defendants.** | Docket No.: 13-cv-4649-WJM-MF <br><br><br> ORDER |

**THIS MATTER** comes before the Court on Defendants MonaVie, Inc. and MonaVie, LLC's motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6). For the reasons set forth in the accompanying opinion;

**IT IS** on this 19th day of August 2014, hereby,

**ORDERED** that Plaintiff's motion to dismiss is **DENIED**.

/s/ William J. Martini
_____
**WILLIAM J. MARTINI, U.S.D.J.**