**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
Two Gateway Center
Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Email: bgreenberg@litedepalma.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA PONTRELLI, in her individual capacity and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MONA VIE, INC., a Utah Corporation, MONA VIE, LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive.<br><br>Defendant. | Case No.: 2:13-cv-04649-(WJM)(MF)<br><br><br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned, Donald A. Beshada, Esq., of Beshada Farnese LLP, hereby withdraws as counsel for Plaintiff Lisa Pontrelli, and consents to the substitution of Bruce D. Greenberg, Esq., of Lite DePalma Greenberg, LLC as the attorneys of record for Plaintiff, Lisa Pontrelli.

| | |
|---|---|
| **LITE DEPALMA GREENBERG, LLC**<br>Superseding Attorneys for Plaintiff | **BESHADA FARNESE LLP**<br>Withdrawing Attorneys for Plaintiff |
| By: /s/ *Bruce D. Greenberg*<br>     Bruce D. Greenberg | By: /s/ *Donald A. Beshada*<br>     Donald A. Beshada |
| Dated: May 12, 2015 | Dated: May 12, 2015 |

486090.1

**CERTIFICATE OF SERVICE**

  I, Bruce D. Greenberg, certify that on May 12, 2015, I caused a true and correct copy of NOTICE OF SUBSTITUTION OF ATTORNEY to be served via ECF on all attorneys of record

              /s/ *Bruce D. Greenberg*
              Bruce D. Greenberg