| | |
|---|---|
| **LITE DEPALMA GREENBERG, LLC**<br>Bruce D. Greenberg<br>Two Gateway Center<br>Suite 1201<br>Newark, New Jersey 07102<br>Telephone:     (973) 623-3000<br>Facsimile:       (973) 623-0858<br>Email: *bgreenberg@litedepalma.com*<br><br>**REESE LLP**<br>Michael R. Reese<br>*mreese@reesellp.com*<br>875 Avenue of the Americas, 18th Floor<br>New York, New York 10001<br>Telephone:     (212) 643-0500<br>Facsimile:       (212) 253-4272<br><br>*Counsel for Plaintiff Lisa Pontrelli and the Proposed Class* | **LEWIS BRISBOIS BISGAARD**<br>**& SMITH LLP**<br>Kurt H. Dzugay<br>One Riverfront Plaza, Suite 1530<br>Newark, New Jersey 07102<br>Tel: (973) 577-6244<br>Fax: (973) 577-6261<br>Email: *Kurt.Dzugay@lewisbrisbois.com*<br><br>**LEWIS BRISBOIS BISGAARD &**<br>**SMITH LLP**<br>Eric Y. Kizirian (admitted *pro hac vice*)<br>*Eric.Kizirian@lewisbrisbois.com*<br>633 W. 5th Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone:     (213) 580-3981<br>Facsimile:       (213) 250-7900<br><br>*Counsel for Defendants MonaVie, Inc. and MonaVie, LLC* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LISA PONTRELLI, in her individual capacity and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>MONA VIE, INC., a Utah Corporation, MONA VIE, LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive.<br><br>            Defendant. | Civil Action No.: 13-cv-4649-(WJM)(MF)<br><br><br><br>**STIPULATION AND ~~[PROPOSED]~~ CONSENT ORDER REGARDING CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULE** |

Plaintiff Lisa Pontrelli ("Plaintiff") and defendants MonaVie, Inc. and MonaVie, LLC ("Defendants"), through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, a notice of substitution of counsel for Plaintiff was filed on May 12, 2015 (Dkt. 30);

WHEREAS, Plaintiff's new counsel needs additional time to review the file and conduct discovery on class certification issues, and draft and serve responses to Defendants' discovery, which had been served on Plaintiff's former counsel;

WHEREAS, counsel for Defendants desire to conduct discovery on class certification issues, including, but not limited to, the deposition of Plaintiff, prior to commencement of briefing on class certification;

WHEREAS, counsel for Plaintiff and Defendants met and conferred regarding class certification discovery and briefing and have agreed to a schedule that accounts for these concerns and the personal and business commitments of both Plaintiff's and Defendants' counsel in the coming months.

Based upon the foregoing, contingent upon permission of the Court, the Parties hereby stipulate to the following class certification discovery and briefing schedule:

| | |
|---|---|
| Plaintiff responds to Defendants' written discovery requests: | June 12, 2015 |
| Deadline for completion of Plaintiff's deposition: | July 15, 2015 |
| Plaintiff's opening brief in support of class certification: | July 24, 2015 |
| Defendant's opposition to class certification: | September 3, 2015 |
| Plaintiff's reply in support of class certification: | September 17, 2015 |
| Hearing on class certification: | To be determined by the Court |

| | |
|---|---|
| **LITE DEPALMA GREENBERG, LLC** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ *Bruce D. Greenberg* | /s/ *Kurt H. Dzugay* |
| Bruce D. Greenberg | Kurt H. Dzugay |
| Two Gateway Center, Suite 1201 | One Riverfront Plaza |
| Newark, New Jersey 07102 | Suite 1530 |
| Tel: (973) 623-3000 | Newark, New Jersey 07102 |
| Fax: (973) 623-0858 | Tel: (973) 577-6244 |
| Email: *bgreenberg@litedepalma.com* | Fax: (973) 577-6261 |

**REESE LLP**
Michael R. Reese, Esq.
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: *mreese@reesellp.com*

*Counsel for Plaintiff Lisa Pontrelli
and the Proposed Class*

Dated: May 15, 2015

Email: *Kurt.Dzugay@lewisbrisbois.com*

**LEWIS BRISBOIS BISGAARD
 & SMITH LLP**
Eric Y. Kizirian, Esq.
633 W. 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 580-3981
Facsimile: (213) 250-7900
Email: *Eric.Kizirian@lewisbrisbois.com*

*Counsel for Defendants MonaVie, Inc. and
MonaVie, LLC*

Dated: May 15, 2015

**SO ORDERED.**

Dated: ~~May 15, 2015~~

5/19/15

_____
Hon. Mark Falk, U.S.M.J.